# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CRAIG STELTZ,       :   No. 225 EAL 2020

            Respondent    :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

            v.                   :

WILLIAM C. MEYERS, M.D.; VINCERA    :
CORE INSTITUTE AND VINCERA        :
INSTITUTE,                            :

            Petitioners     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of March, 2021, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioners, is:

> Whether the Superior Court misapplied and fundamentally altered Pennsylvania's settled standard for prejudice caused by statements or questions of trial counsel, which forbids a new trial on a record like this, where defense counsel's question was based on the record, the trial court issued a curative instruction, the jury was repeatedly instructed that statements and questions of counsel are not evidence, and the closing arguments of both counsel fully addressed the subject matter of defense counsel's question?